ment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.

■ In the Matter of DONNEL BRIDGES, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—habeas corpus.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS CALDERON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judgment of Supreme Court, Wyoming County, McGowan, J.—habeas corpus.) Present—Doerr, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ In the Matter of CARLOS CALDERON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judgment of Supreme Court, Wyoming County, Feeman, J.—art 78.) Present—Doerr, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ In the Matter of CARLOS CALDERON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J.—art 78.) Present—Doerr, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ In the Matter of RICHARD BARNES, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and petition granted *(see, mem in Matter of Flores v Smith,* 126 AD2d 985). (Appeal from judgment of Supreme Court, Wyoming County, McGowan, J.—art 78.) Present—Dillon, P. J., Callahan, Denman, Pine and Lawton, JJ.

■ In the Matter of GLEN SMALLS, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed, on the law, and